AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Manning, Julie A. | U.S. Bankruptcy Court, Connecticut | 02/07/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge--Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Bankruptcy Court, District of Connecticut
915 Lafayette Boulevard
1st Floor
Bridgeport, CT 06604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Pre 2000 | Shipman & Goodwin LLP Profit Sharing Retirement Plan (former law firm) with Vanguard |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | ▨▨▨▨▨▨ --salary and bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Judiciary | 03/12/17-03/15/17 | Charleston, South Carolina | FJC educational seminar | Transportation, Lodging |
| 2. | Judiciary | 04/26/17 | Hartford, Connecticut | Court governance meeting | Transportation |
| 3. | Judiciary | 04/27/12 | Hartford, Conneticut | Activity of Professional Association | Transporation |
| 4. | Judiciary | 05/03/17 | New Haven, Conneticut | Court governance meeting | Transportation |
| 5. | Judiiciary | 05/09/17 | Worcester, Massachusetts | Meeting with government entity-- Massachusetts Bankrupty Court | Transportation |
| 6. | Judiciary | 05/11/17 | New Haven, Connecticut | Court governance meeting | Transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Manning, Julie A. | 02/07/2019 |

| | | | | |
| --- | --- | --- | --- | --- |
| 7. Judiciary | 05/12/17 | Hartford, Connecticut | Court governance meeting | Transportation |
| 8. Judiciary | 05/19/17 | New Haven, Connecticut | Committee Meeting | Transportation |
| 9. Judiciary | 6/07/17-06/09/17 | Paltz, New York | Second Circuit Judicial Conference | Transportation, Lodging |
| 10. Judiciary | 08/08/17-08/11/17 | San Diego, California | FJC educational seminar | Transportation, Lodging |
| 11. Judiciary | 08/27/17-08/30/17 | Washington, D.C. | FJC educational seminar | Transportation, Lodging |
| 12. Private funds--Capital Region Banrkuptcy Bar Association | 10/20/17-10/21/17 | Cooperstown, New York | North District of New York Bankruptcy Conference | Transportation, Lodging |
| 13. Judiciary | 11/16/17 | New Haven, Connecticut | Court governance meeting | Transportation |
| 14. Judiciary | 11/17/17 | New Haven, Connecticut | Court governance meeting | Transportation |
| 15. Judiciary | 12/07/17 | New York, New York | Second Circuit Civic Education Program | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Julie A. | 02/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Julie A. | 02/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. People's United Bank accounts--2017 | B | Interest | O | T | | | | | |
| 2. CHET 529 accounts 2017 | | | | | | | | | |
| 3. --529 Principal Plus Interest Option-Child #2 | A | Interest | K | T | | | | | |
| 4. --529 Principal Plus Interest Option | | | | | Buy | 05/16/17 | J | | |
| 5. --529 Principal Plus Interest Option | | | | | Sold | 11/07/17 | J | A | |
| 6. --529 Moderate Allocation age 15-17 | B | Interest | | | Sold | 08/08/17 | K | A | |
| 7. --529 Moderate Allocation age 17 | A | Interest | | | Buy | 08/08/17 | K | | |
| 8. --529 Moderate Allocation age 17 | | | | | Sold | 11/07/17 | J | A | |
| 9. --529 Principal Plus Interest Option-Child #1 | A | Interest | L | T | Buy | 05/06/17 | J | | |
| 10. --529 Principal Plus Interest Option | | | | | Sold | 07/10/17 | K | A | |
| 11. --529 Principal Plus Option | | | | | Buy | 11/07/17 | K | | |
| 12. --529 Moderate Managed Allocation age 18+ | A | Interest | J | T | | | | | |
| 13. Vanguard Account 2017 | | | | | | | | | |
| 14. --Vanguard Small -Cap Growth Index Fund | E | Int./Div. | M | T | | | | | |
| 15. --Retirement Savings Trust | A | Interest | J | T | | | | | |
| 16. --Vanguard Selected Value Fund | E | Int./Div. | M | T | | | | | |
| 17. --Vanguard Target Retirement 2025 | E | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Julie A. | 02/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Vanguard Wellington Fund | E | Int./Div. | M | T | | | | | |
| 19. --Vanguard Total Bond Market Index Fund | C | Int./Div. | M | T | | | | | |
| 20. Voya 401(k) Savings Plan - 2017 | | | | | | | | | |
| 21. --Pimco Total Return Fund-n/k/a Met West Tot Bd Fd | A | Int./Div. | K | T | | | | | |
| 22. --Vanguard Total Bond Market Investment Fund | A | Interest | K | T | | | | | |
| 23. --ING Target Index Solution 2025 n/k/a Voya Stable Value Option | B | Int./Div. | K | T | | | | | |
| 24. --Equity Index Non-Lendable Fund M | D | Int./Div. | K | T | | | | | |
| 25. --SSgA Russ Sm/Md Cap Index Fund | D | Int./Div. | K | T | | | | | |
| 26. --ING Small Cap Opportunities Prt I n/k/a Voya Small Cap Opportunites | D | Int./Div. | K | T | | | | | |
| 27. --T Rowe Price Ins. Large Cap Growth | E | Int./Div. | K | T | | | | | |
| 28. Fidelity Rollover IRA - 2017 | | | | | | | | | |
| 29. --Stocks-General Electric Company | A | Dividend | J | T | Buy | 06/16/17 | J | | |
| 30. --Stocks--General Electric Company | | | | | Buy | 11/24/17 | J | | |
| 31. --Stocks-SPDR S&P 500 ETF Fund | E | Dividend | M | T | Buy | 02/08/17 | M | | |
| 32. --Stocks-SPDR SER TR S&P Dividend | D | Dividend | L | T | Buy | 02/06/17 | J | | |
| 33. --Stocks-SPDR SER TR S&P Dividend | | | | | Buy | 06/16/17 | K | | |
| 34. --Stocks-SPDR SER TR S&P Dividend | | | L | T | Buy | 06/20/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   --Stocks-United Parcel Service | B | Dividend | K | T | Buy | 02/06/17 | K | | |
| 36.   --Stocks-United Parcel Service | | | | | Sold (part) | 04/11/17 | K | | |
| 37.   --Mutual Funds-Pimco Total Return Investment Fund | B | Interest | L | T | Buy | 07/05/17 | K | | |
| 38.   --Fidelity Cash Reserves (FDRXXX) | D | Dividend | K | T | Sold (part) | 02/06/17 | K | | |
| 39.   --Fidelity Cash Reserves (FDRXXX) | | | | | Sold (part) | 02/08/17 | M | | |
| 40.   --Fidelity Cash Reserves (FDRXXX) | | | | | Buy | 04/11/17 | K | | |
| 41.   --Fidelity Cash Reserves (FDRXXX) | | | | | Sold (part) | 06/16/17 | K | | |
| 42.   --Fidelity Cash Reserves (FDRXXX) | | | | | Sold (part) | 06/20/17 | K | | |
| 43.   --Fidelity Cash Reserves (FDRXXX) | | | | | Sold (part) | 07/05/17 | K | | |
| 44.   --Fidelity Cash Reserves (FDRXXX) | | | | | Sold (part) | 07/07/17 | L | | |
| 45.   --Fidelity Cash Reserves (FDRXXX) | | | | | Sold (part) | 11/24/17 | J | | |
| 46.   --Stocks-Vanguard Sector Index FDS | C | Dividend | K | T | Buy | 02/08/17 | K | | |
| 47.   --Stocks--Vanguard Sector Index FDS | | | | | Buy | 07/07/17 | J | | |
| 48.   --Stocks-Amazon.com.inc | B | Dividend | J | T | Buy | 06/16/17 | J | | |
| 49.   --Stocks-Powerhouse QQQ Tr Unit Ser 1 | D | Dividend | K | T | Buy | 07/07/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Julie A. | 02/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julie A. Manning**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544